IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY PHILLIPS and KRISTEN PHILLIPS,<br><br>        Plaintiffs,<br><br>     v.<br><br>JERRY W. GARRETT and CAROLYN S. GARRETT, individually and as Trustees of the GARRETT FAMILY TRUST 10/27/89; FOURSONS, LLC, a California Limited Liability Company; NORTH VALLEY BANK; U.S. SMALL BUSINESS ADMINISTRATION; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, and DOES 1 through 50, inclusive,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSS-ACTION<br>_____ | 2:12-cv-02044-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

The Joint Status Report filed November 9, 2012 ("JSR"), reveals this case is not ready to be scheduled. Although the parties state in the JSR that "[a]ll named defendants have been served[,]" Defendants Jerry W. Garrett and Carolyn S. Garrett, individually and as trustees of the Garrett Family Trust 10/27/1989, have not appeared in this action since it was removed on August 6, 2012, and they did not

1

1  participate in filing the JSR. Therefore, the Status (Pretrial
2  Scheduling) Conference scheduled for hearing on November 26, 2012, is
3  continued to January 14, 2013, at 9:00 a.m. A further joint status
4  report shall be filed no later than fourteen (14) days prior to the
5  Status Conference, in which the parties shall address the status of
6  these Defendants.
7           IT IS SO ORDERED.
8  Dated:  November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge