Christopher W. Sweeney (SBN 143217)
LAW OFFICES OF CHRISTOPHER W. SWEENEY
1300 Oliver Road, Suite 300
Fairfield, CA  94534
Telephone: (707) 435-1244
Facsimile:  (707) 435-1245
Email: cwslaw@comcast.net

Attorney for Plaintiffs
CORY PHILLIPS and KRISTEN PHILLIPS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY PHILLIPS and KRISTEN PHILLIPS, <br><br> Plaintiffs, <br><br> vs. <br><br> JERRY W. GARRETT, CAROLYN S. GARRETT, individually and as Trustees of the GARRETT FAMILY TRUST 10/27/1989, FOURSONS, LLC, a California Limited Liability Company, NORTH VALLEY BANK, U.S. SMALL BUSINESS ADMINISTRATION, all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to Plaintiff's title and DOES 1 THROUGH 50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | **Case No. 2:12-CV-02044-GEB-DAD** <br> **(E-filing)** <br><br> **STIPULATION AND REQUEST FOR ORDER CONTINUING PRETRIAL CONFERENCE** |

The final pretrial conference in this matter is set for January 27, 2014, at 3:30 p.m.  The principal parties to this litigation, Plaintiffs and Defendant, FOURSONS, LLC, the present owners of the real property at issue in the case, have been engaged in ongoing settlement negotiations and have recently reached an agreement in principle as to the material terms of a settlement.  The settlement is conditional upon the approval of lender defendants North Valley Bank and SBA of the

1
**STIPULATION AND ORDER - CASE NO. 2:12-CV-02044-GEB-DAD (E-filing)**
496298.3

underlying settlement documents, which is estimated to take up to thirty (30) days.  To facilitate the prospective settlement, all parties to this action, by and through their counsel, hereby stipulate and agree, and request that the Court continue the final pretrial conference to a date convenient to the Court at least thirty days from the date of this Stipulation and Order.

Respectfully submitted,

Dated: January 16, 2014            LAW OFFICES OF
                                   CHRISTOPHER W. SWEENEY


By:    /s/ Christopher W. Sweeney
       Christopher W. Sweeney
       Attorney for Plaintiffs Cory and Kristen
       Phillips


Dated: January 16, 2014            Pamela C. Jackson, Inc.


By::   /s/ Pamela C. Jackson
       Pamela C. Jackson
       Attorney for Defendant, Foursons, LLC


Dated: January 16, 2014            Fidelity National Law Group


By:    /s/Edward Kunnes
       Edward Kunnes
       Attorneys for Defendant,
       U.S. small Business Administration


Dated: January 16, 2014            NOSSAMAN LLP


By:    /s/Kevin T. Collings
       Kevin T. Collins
       Attorneys for Defendant,
       North Valley Bank

IT IS SO ORDERED. The final pretrial conference, originally set for January 27, 2014, at 3:30 p.m. is continued to February 24, 2014, at 1:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing.

Dated: January 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge