UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY PHILLIPS, and KRISTEN PHILLIPS,<br><br>           Plaintiffs,<br><br>   v.<br><br>JERRY W. GARRETT and CAROLYN S. GARRETT, individually and as Trustees of the GARRETT FAMILY TRUST 10/27/89; FOURSONS, LLC, a California Limited Liability Company; NORTH VALLEY BANK; and U.S. SMALL BUSINESS ADMINISTRATION,<br><br>           Defendants. | No. 2:12-cv-02044-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |
| AND RELATED CROSS-COMPLAINT | |

Plaintiffs filed a "Notice of Settlement" on April 11, 2014, in which they state:

> [T]he parties to the above captioned action have reached a settlement of all claims asserted in the action pursuant to the terms and provisions of a written settlement agreement that has been executed by the parties. Dispositional documents in the form of a proposed stipulated judgment will be submitted to the Court within the time specified by Local Rule 160.

(Notice of Settlement, ECF No. 39.)

1

Therefore, a dispositional document shall be filed no later than May 2, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, in light of the referenced settlement, the bench trial scheduled to commence on April 22, 2014, is vacated. A status conference is scheduled to commence at 9:00 a.m. on June 9, 2014, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: April 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge